UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JAMIE S., BIAGIO R.,
BRYAN E. and MELANIE V.,

    Plaintiffs,

    v.                    Case No. 01-CV-928

MILWAUKEE PUBLIC SCHOOLS,
DEPARTMENT OF PUBLIC INSTRUCTION,
ELIZABETH BURMASTER, MILWAUKEE
BOARD OF SCHOOL DIRECTORS and
WILLIAM ANDREKOPOLOUS,

    Defendants.

---

## ORDER REGARDING CLASS NOTIFICATION

On June 20, 2008, the court conducted a telephone conference to discuss the content of the class notice and the procedures for its dissemination. Appearing on behalf of the plaintiffs were Attorneys Monica Murphy and Jeffrey Spitzer-Resnick, appearing on behalf of defendants Wisconsin Department of Public Instruction and Elizabeth Burmaster was Assistant Attorney General Bruce Olsen and appearing on behalf of the remaining defendants was Attorney Michael Aldana.

    **IT IS HEREBY ORDERED,**

    1. Plaintiffs shall file a proposed class notification no later than **June 24, 2008.** The notification shall also be emailed to the court.

    2. The notice shall be published no later than **July 7, 2008.**

    3. Objections to the proposed class settlement shall be filed no later than **July 21, 2008.**

4. The court will conduct a fairness hearing on **July 28, 2008,** at **10:00 a.m.** in Room 254, United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin.

5. The settling parties shall assume the cost of the publication. The parties may seek costs in their next petition.

Dated at Milwaukee, Wisconsin, this 23rd day of June, 2008.

                                        s/ Aaron E. Goodstein
                                        AARON E. GOODSTEIN
                                        U.S. MAGISTRATE JUDGE