UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**JAMIE S., on behalf of the class**,

**Plaintiffs,**

v.  Case No. 01-C-928

**MILWAUKEE PUBLIC SCHOOLS, et. al.,**

**Defendants.**

## ORDER

In accordance with this court's prior order, the plaintiffs and the DPI defendants have submitted an amended draft of their proposed notice of class settlement. The court has reviewed this proposed notice and has made a few minor changes. A draft document with the court's proposed changes indicated is attached to this order. The parties shall have **three days from the date of this order** in which to object to the court's proposed changes.

At the end of this objection period, or earlier if the parties do not have any objection and file a stipulation accepting the court's proposed changes, the court shall resolve any objections, if necessary, and promptly issue an order granting preliminary approval of the proposed class notice.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin this 25th day of June 2008.

s/AARON E. GOODSTEIN
U.S. Magistrate Judge