# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JAMIE S., et al.,**
        Plaintiffs,

     v.                     Case No. **01-C-928**

**MILWAUKEE PUBLIC SCHOOLS, et al.,**
        Defendants.

### ORDER APPROVING CLASS NOTICE OF SETTLEMENT

The court hereby **approves** the attached class notice of settlement between the plaintiffs and the Department of Public Instruction. A hearing shall be held in Courtroom 254, United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin at **10:00 A.M.** on **July 28, 2008**, to consider whether the settlement should be given final approval of the court.

The plaintiffs are directed to have the notice published in the <u>Milwaukee Journal/Sentinel</u> newspaper. Publication shall occur on one day during the week of July 7, 2008.

SO ORDERED.

Dated at Milwaukee, Wisconsin this <u>1st</u> day of July, 2008.

                               <u>s/AARON E. GOODSTEIN</u>
                               U.S. Magistrate Judge