# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JAMIE S., BIAGIO R.,
BRYAN E. and MELANIE V.,

    Plaintiffs,

    v.                                        Case No. 01-CV-928

MILWAUKEE PUBLIC SCHOOLS,
DEPARTMENT OF PUBLIC INSTRUCTION,
ELIZABETH BURMASTER, MILWAUKEE
BOARD OF SCHOOL DIRECTORS and
WILLIAM ANDREKOPOLOUS,

    Defendants.

## ORDER REGARDING RULE 35 EXAMINATIONS

On June 30, 2008, the court conducted a telephone hearing to discuss defendant Milwaukee Public Schools Motion to Order Plaintiffs to Submit to Rule 35 Examinations. Appearing on behalf of the plaintiffs were Attorneys Monica Murphy and Jeffrey Spitzer-Resnick and appearing on behalf of defendant Milwaukee Public Schools were Attorneys Michael Aldana and Katie Featherston.

**IT IS HEREBY ORDERED,**

1. The court will conduct a follow-up telephone hearing on **July 7, 2008,** at **11:00 a.m.** to establish procedures and a schedule for conducting Rule 35 examinations. If the parties agree on procedures and a schedule prior to the hearing, it should be filed with the court and the hearing will not be held.

Dated at Milwaukee, Wisconsin, this 3rd day of July, 2008.

                                                            s/ Aaron E. Goodstein
                                                            AARON E. GOODSTEIN
                                                            U.S. MAGISTRATE JUDGE