# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JAMIE S., on her own behalf and on behalf
of a class of similarly situated persons, et al.,

                Plaintiffs,

      -vs-                                         Case No. 01-C-928

MILWAUKEE PUBLIC SCHOOLS,
STATE OF WISCONSIN DEPARTMENT
OF PUBLIC INSTRUCTION, et al.,

                Defendants.

## DECISION AND ORDER

After this matter was remanded from the Seventh Circuit, the Court directed the parties to submit a proposed discovery plan for future proceedings. The plaintiffs want to take discovery to "provide the court with an up to date factual and legal basis for a modified Motion for Class Certification." The defendants take the position that discovery is not necessary and should not be allowed. Since the Seventh Circuit left open the possibility of further proceedings after remand, the Court will adopt the plaintiffs' proposed discovery plan. The Court will also set a deadline for dispositive motions.

**IT IS HEREBY ORDERED THAT**:

1.      The written discovery deadline is **October 19, 2012**;

2.      The deadline for lay witness depositions is **December 21, 2012**;

3.      The deadline for naming expert witnesses is **January 22, 2013**;

4. The deadline for exchanging expert reports is **February 22, 2013**;

5. The deadline for expert witness depositions is **March 22, 2013**;

6. The deadline for dispositive motions is **May 22, 2013**.

Dated at Milwaukee, Wisconsin, this 20th day of April, 2012.

                                        **BY THE COURT**:

                                        _____
                                        **HON. RUDOLPH T. RANDA**
                                        **U.S. District Judge**